IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| DISCOVERY ZONE, INC., et al., | ) | |
| | ) | Case No. 99-941 (PJW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**DISCOVERY ZONE, INC.'S DESIGNATION OF
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Discovery Zone, Inc. ("Discovery Zone"), by its attorneys, respectfully submits its Designation of Items to be Included in the Record on Appeal:

| DATE | DOCKET NO. | TITLE |
|---|---|---|
| 3/01/02206 | 1680 | Notice of Appeal |
| 02/27/2006 | 1679 | Order Denying Debtor's Motion to Enforce Deadline Under 11 U.S.C. § 108(c) and for Determination that Filing of Complaint is Void. (Related Doc # 1646) Signed on 02/24/06 |
| 02/24/2006 | 1677 | Certification of Counsel Seeking Entry of an Order (related to documents(s) 1665, 1646). Filed by Discovery Zone, Inc. |
| 02/24/2006 | 1676 | Letter to Judge Walsh regarding proposed form of order for Trustee's Motion to Enforce Deadline Under 11 U.S.C. Section 108(c) and For Determination that the Filing of Complaint is Void. Filed by Christa Austin |
| 02/01/2006 | 1671 | Transcript of Hearing Held on January 26, 2006 before the Honorable Peter J. Walsh |
| 1/26/2006 | 1668 | Verified Statement of Michael B. Schaedle |

1042834.1

| **DATE** | **DOCKET NO.** | **TITLE** |
|---|---|---|
| 01/23/2006 | 1665 | Response to Debtor's Motion to Enforce Deadline Under 11 U.S.C. Section 108(c) and for Determination that Filing of Complaint is Void Filed by Christa Austin and Christa Thompson |
| 10/19/2005 | 1646 | Motion to Enforce Deadline Under 11 U.S.C. Section 108(c) and for Determination that Filing of Complaint is Void. Filed by Discovery Zone, Inc. |
| 04/13/2004 | 1563 | Order Approving Stipulation Modifying Automatic Stay Between Montague S. Claybrook, Chapter 7 Trustee and Christa Thompson, Individually and as Mother and Next Friend of Christa Austin, a Minor, "Claimant." |
| 03/01/2004 | 1551 | Motion of Montague S. Claybrook, Chapter 7 Trustee of Discovery Zone, Inc. and Affiliated Debtors, Pursuant to Fed.R.Bankr.P. 9019 for Order Approving Stipulation Modifying Automatic Stay |

Dated: March 10, 2006

GREENBERG TRAURIG, LLP

*/s/ Victoria W. Counihan*

Victoria Watson Counihan (No. 3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
(302) 661-7000

- and -

SUSAN N.K. GUMMOW
CLAUSEN MILLER P.C.
10 South LaSalle Street
Chicago, Illinois 60603-1098
(312) 855-1010

Attorneys for Discovery Zone, Inc.

1042834.1