IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DISCOVERY ZONE, INC., et al.,<br><br>Debtors.<br><br>DISCOVERY ZONE, INC.,<br><br>Appellant,<br><br>v.<br><br>CHRISTA AUSTIN AND CHRISTA THOMPSON,<br><br>Appellees. | Case No. 99-941 (PJW)<br><br>Chapter 7<br><br><br><br><br><br>Civil Action No. 06-235 (KAJ) |

## STIPULATION OF DISMISSAL

Discovery Zone, Inc. and Christa Austin and Christa Thompson, hereby stipulate and agree, by and through their respective attorneys, that the above-captioned action be and hereby is dismissed with prejudice without costs or attorneys' fees to either party.

| Dated: June 30 2006 | Dated: June 22, 2006 |
|---|---|
| /s/ Monica L. Loftin<br>Victoria Watson Counihan (No. 8488)<br>Monica Leigh Loftin (No. 3409)<br>Greenberg Traurig, LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 661-7000<br><br>-and-<br><br>Susan N.K. Gummow, Esq.<br>Clausen Miller P.C.<br>10 South LaSalle Street<br>Chicago, IL 60603-1098<br>(312) 855-1010<br><br>Trial Attorneys for Discovery Zone, Inc. | /s/ Brian A. Sullivan<br>Brian A. Sullivan (No. 2098)<br>Amy D. Brown (No. 4077)<br>Werb & Sullivan<br>300 Delaware Avenue<br>Wilmington, DE 19801<br>(302) 652-1100<br><br>-and-<br><br>Sidney Goldberg, Esq.<br>Goldberg & Hirsh, PA<br>SunTrust International Center<br>1 Southeast Third Avenue, Suite 1280<br>Miami, FL 33131<br><br>Attorneys for Christa Austin and Christa Thompson |